MATTHEWS *et al.*, COMMISSIONERS, *vs.* DAWSON.

CERTIORARI, FROM UPSON.  New Trial.  (Before Judge Stewart.)

Blandford, J.—The finding in the justice's court being warranted by the evidence, there was no error in sustaining it on certiorari.

Judgment affirmed.

Allen & Tisinger, for plaintiffs in error.

M. H. Sandwich, for defendant.